

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROSEMARY HALL, BSN, RN, | § | No. 08-16-00197-CV |
| Appellant, | § | Appeal from the |
| V. | § | 126th District Court |
| TEXAS BOARD OF NURSING AND STATE OFFICE OF ADMINISTRATIVE HEARINGS, | § | of Travis County, Texas |
| | § | (TC# D-1-GN-15-002832) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on its own motion to dismiss the appeal for want of prosecution and concludes that the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.